1001

[No. 18044–4–I.   Division One.   December 14, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PATRICK YEAGER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00259-2, Stuart C. French, J., entered March 7, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Coleman, JJ.

[No. 18562–4–I.   Division One.   December 14, 1987.]

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, *Respondent*, v. REYNALDO CANDIA, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 85-2-00287-6, Harry A. Follman, J., entered May 5, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 19326–1–I.   Division One.   December 14, 1987.]

INSURANCE COMPANY OF NORTH AMERICA, *Respondent*, v. G & V INVESTORS, ET AL, *Defendants*, JAMES M. SHULER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 85-2-00030-7, John W. Riley, J., entered September 18, 1986. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Grosse, J.